```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SEAN CROMITIE, on behalf of herself and all others               :
similarly situated,                                              :
                                                                 :
                        Plaintiff,                               :     23 Civ. 5639 (JPC)
                                                                 :
           -v-                                                   :     ORDER
                                                                 :
KANE AND MCHENRY ENTEPRISES, LLC,                                :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 31, 2023, the Court granted Defendant a second extension of its deadline to answer or otherwise respond to the Complaint, adjourning the deadline to September 29, 2023. Dkt. 12. That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until October 6, 2023. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by October 13, 2023.

SO ORDERED.

Dated: October 3, 2023
      New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge