```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SEAN CROMITIE, on behalf of herself and all others                     :
similarly situated,                                                    :
                                                                       :
                               Plaintiff,                              :    23 Civ. 5639 (JPC)
                                                                       :
            -v-                                                        :         ORDER
                                                                       :
KANE AND MCHENRY ENTEPRISES, LLC,                                      :
                                                                       :
                               Defendant.                              :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Any pending conferences and deadlines are adjourned *sine die*. By December 4, 2023, the parties shall submit a proposed consent decree or other dismissal paperwork, or a joint status letter explaining the status of settlement.

      SO ORDERED.

Dated: October 6, 2023
       New York, New York

                                                  JOHN P. CRONAN
                                           United States District Judge